USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/3/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
                    :

UNITED STATES OF AMERICA,        :

                    :

        -against-        :       21-CR-135 (VEC)

                    :

                    :       <u>ORDER</u>

ALBERTO ROMAN,           :

               Defendant.     :

                    :

------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on March 2, 2021, the parties requested an arraignment be scheduled in this matter;

       IT IS HEREBY ORDERED that an arraignment is scheduled for **March 16, 2021, at 10:00 a.m.** The Court will conduct this arraignment **in-person**, in Courtroom 443, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY.

       IT IS FURTHER ORDERED that per the SDNY COVID-19 COURTHOUSE ENTRY PROGRAM, any person who appears at any SDNY courthouse must complete a questionnaire and have his or her temperature taken. Please see the instructions, attached. Completing the questionnaire ahead of time will save time and effort upon entry. Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry. Please contact chambers promptly if you or your client does not meet the requirements.

       IT IS FURTHER ORDERED that interested members of the public may dial-in using (888) 363-4749 // Access code: 3121171# // Security code: 0135#.

       IT IS FURTHER ORDERED that the period between March 3, 2021, and March 16, 2021, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), because the Court

finds that the ends of justice served by accommodating logistical difficulties created by the

COVID-19 pandemic outweigh the interests of the public and the Defendant in a speedy trial.


**SO ORDERED.**

**Date:  March 3, 2021**
      **New York, NY**
                                   **VALERIE CAPRONI**
                                   **United States District Judge**

All members of the public, including attorneys, appearing at a Southern District of New York courthouse must complete a questionnaire and have their temperature taken before being allowed entry into that courthouse.

On the day you are due to arrive at the courthouse, click on the following weblink, or scan the following QR code with a mobile device camera to begin the enrollment process. Follow the instructions and fill out the questionnaire. If your answers meet the requirements for entry, you will be sent a QR code to be used at the SDNY entry device at the courthouse entrance.

https://app.certify.me/SDNYPublic



Note: If you do not have a mobile phone or mobile phone number, you must complete the questionnaire and temperature screening at an entry device at the courthouse.