```
UNITED STATES DISTRICT COURT                                    USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                                   DOCUMENT
                                                                ELECTRONICALLY FILED
------------------------------------------------------------X   DOC #:
                                                    :           DATE FILED: 5/21/2021
  UNITED STATES OF AMERICA,                         :
                                                    :
                        -against-                   :           21-CR-135 (VEC)
                                                    :
                                                    :           ORDER
  ALBERTO ROMAN,                                    :
                                Defendant.          :
                                                    :
------------------------------------------------------------X
```

VALERIE CAPRONI, United States District Judge:

WHEREAS the parties are scheduled to appear before the Court for a status conference on May 25, 2021, at 2:00 p.m.; and

WHEREAS counsel for Defendant requested a brief adjournment of the conference;

IT IS HEREBY ORDERED that the status conference is rescheduled for **May 25, 2021, at 2:30 p.m.**, in **Courtroom 443**, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY. The public dial-in information is unchanged: (888) 363-4749 // Access code: 3121171# // Security code: 0135#.

**SO ORDERED.**

**Date:** May 21, 2021
      **New York, NY**

                                              **VALERIE CAPRONI**
                                              **United States District Judge**