```
UNITED STATES DISTRICT COURT                              USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                             DOCUMENT
                                                          ELECTRONICALLY FILED
------------------------------------------------------ X  DOC #:
                                                       :  DATE FILED: 5/25/2021
 UNITED STATES OF AMERICA,                             :
                                                       :
                -against-                              :   21-CR-135 (VEC)
                                                       :
                                                       :        ORDER
 ALBERTO ROMAN,                                        :
                               Defendant.              :
                                                       :
------------------------------------------------------ X
```

VALERIE CAPRONI, United States District Judge:

WHEREAS the parties are scheduled to appear before the Court for a status conference on May 25, 2021, at 2:30 p.m.; and

WHEREAS Mr. Roman has requested an additional extension because he reported feeling too ill to appear in court today;

IT IS HEREBY ORDERED that the status conference is rescheduled for **June 9, 2021, at 2:00 p.m.**, in **Courtroom 443**, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY. The public dial-in information is unchanged: (888) 363-4749 // Access code: 3121171# // Security code: 0135#.

**SO ORDERED.**

**Date: May 25, 2021**
      **New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**