UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
    UNITED STATES OF AMERICA,

              -against-

    ALBERTO ROMAN,
                               Defendant.
-------------------------------------------------------------------- X

21-CR-135 (VEC)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/9/2021

VALERIE CAPRONI, United States District Judge:

    WHEREAS on June 9, 2021, the parties appeared for a conference;

    IT IS HEREBY ORDERED that the parties must appear for a conference on **June 14, 2021, at 2:30 p.m.**, in **Courtroom 443**, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007.

    IT IS FURTHER ORDERED that interested members of the public may dial-in using (888) 363-4749 // Access code: 3121171# // Security code: 0135#.

    IT IS FURTHER ORDERED that per the SDNY COVID-19 COURTHOUSE ENTRY PROGRAM, any person who appears at any SDNY courthouse must complete a questionnaire and have his or her temperature taken. Please see the instructions, attached. Completing the questionnaire ahead of time will save time and effort upon entry. Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry. Please contact chambers promptly if you or your client does not meet the requirements.

    IT IS FURTHER ORDERED that the period between June 9, 2021, and June 14, 2021, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). In addition to the reasons stated on the record at the June 9, 2021 conference, the Court finds that the ends of justice served by accommodating logistical difficulties created by the COVID-19 pandemic and the need to

resolve issues with the Defendant's representation outweigh the interests of the public and the Defendant in a speedy trial.

**SO ORDERED.**

Date: June 9, 2021
New York, NY

VALERIE CAPRONI
United States District Judge

All members of the public, including attorneys, appearing at a Southern District of New York courthouse must complete a questionnaire and have their temperature taken before being allowed entry into that courthouse.

On the day you are due to arrive at the courthouse, click on the following weblink, or scan the following QR code with a mobile device camera to begin the enrollment process. Follow the instructions and fill out the questionnaire. If your answers meet the requirements for entry, you will be sent a QR code to be used at the SDNY entry device at the courthouse entrance.

https://app.certify.me/SDNYPublic



Note: If you do not have a mobile phone or mobile phone number, you must complete the questionnaire and temperature screening at an entry device at the courthouse.