USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/18/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
                                  :

UNITED STATES OF AMERICA,          :

                                  :

           -against-           :        21-CR-135 (VEC)

                                  :

                                  :          <u>ORDER</u>

ALBERTO ROMAN,                :

                    Defendant.     :

                                  :

-------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

      WHEREAS a bail hearing is scheduled for June 22, 2021, at 1:30 p.m.;

      IT IS HEREBY ORDERED that in light of the new SDNY protocols for non-trial proceedings, Defense counsel must, to the extent possible, inform the Court not later than one business day prior to the proceeding whether the attorney and the Defendant have been fully vaccinated against COVID-19; the prosecutor must similarly inform the Court whether he or she has been vaccinated on the same time schedule.  This notification can be through an email to Chambers.

**SO ORDERED.**

**Date:  June 18, 2021**
     **New York, NY**                               **VALERIE CAPRONI**
                                                 **United States District Judge**