```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
UNITED STATES OF AMERICA,                                      :
                                                               :
              -against-                                        :      21-CR-135 (VEC)
                                                               :
                                                               :         ORDER
ALBERTO ROMAN,                                                 :
                                      Defendant.               :
                                                               :
-------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/26/2021

VALERIE CAPRONI, United States District Judge:

WHEREAS on August 26, 2021, the Court held a detention hearing at Defendant's request, after which the Court ordered Mr. Roman released to the custody of the Federal Defenders, subject a combination of conditions, *see* Dkt. 36; and

WHEREAS after the Court issued its order, an issue arose preventing Mr. Roman's release pursuant to the conditions set forth in the Court's order;

IT IS HEREBY ORDERED that the Court's August 26, 2021 order releasing Mr. Roman to the custody of the Federal Defenders is STAYED, pending further order of this Court.

IT IS FURTHER ORDERED that the parties must appear for a hearing on **August 30, 2021, at 9:30 a.m.**, in **Courtroom 443**, Thurgood Marshal U.S. Courthouse, 40 Foley Square, New York, NY 10007.

IT IS FURTHER ORDERED that interested members of the public may dial-in to the hearing using (888) 363-4749 // Access code: 3121171# // Security code: 0135#.

IT IS FURTHER ORDERED that per the SDNY COVID-19 COURTHOUSE ENTRY PROGRAM, any person who appears at any SDNY courthouse must complete a questionnaire and have his or her temperature taken. Please see the instructions, attached. Completing the questionnaire ahead of time will save time and effort upon entry. Only those individuals who

meet the entry requirements established by the questionnaire will be permitted entry. Please contact chambers promptly if you or your client does not meet the requirements.

**SO ORDERED.**

Date:  **August 26, 2021**
        **New York, NY**

                                        **VALERIE CAPRONI**
                                     **United States District Judge**

All members of the public, including attorneys, appearing at a Southern District of New York courthouse must complete a questionnaire and have their temperature taken before being allowed entry into that courthouse.

On the day you are due to arrive at the courthouse, click on the following weblink, or scan the following QR code with a mobile device camera to begin the enrollment process. Follow the instructions and fill out the questionnaire. If your answers meet the requirements for entry, you will be sent a QR code to be used at the SDNY entry device at the courthouse entrance.

https://app.certify.me/SDNYPublic



Note: If you do not have a mobile phone or mobile phone number, you must complete the questionnaire and temperature screening at an entry device at the courthouse.