```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/30/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
UNITED STATES OF AMERICA,                                      :
:
        -against-                                    :   21-CR-135 (VEC)
:
:   <u>ORDER</u>
:
ALBERTO ROMAN,                                                 :
                             Defendant.               :
:
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on August 30, 2021, the parties appeared for a hearing before the Court; and

    WHEREAS the Government confirmed that the state parole warrant to which Mr. Roman had been subject has been lifted;

    IT IS HEREBY ORDERED that the stay on the Court's August 26, 2021 order releasing Mr. Roman to the custody of the Federal Defenders is LIFTED.  Mr. Roman is to be released to the custody of the Federal Defenders subject to the conditions stated in the Court's August 26, 2021 order.

**SO ORDERED.**

**Date: August 30, 2021**
**New York, NY**

                                              **VALERIE CAPRONI**
                                            **United States District Judge**