UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                              :
:
-against-                     :            21-CR-135 (VEC)
:
:                  ORDER
ALBERTO ROMAN,                                         :
                            Defendant.                 :
:
-----------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on September 10, 2021, Defendant surrendered himself to law enforcement [Dkt. 47]; and

WHEREAS Defendant has waived his right to "speedy presentment" pursuant to Rule 5 of the Federal Rules of Criminal Procedure [Dkt. 47];

IT IS HEREBY ORDERED that the parties must appear before the Court for a status conference on **September 24, 2021, at 3 p.m., in Courtroom 443** of the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007.

IT IS FURTHER ORDERED that interested members of the public may dial-in to the hearing using (888) 363-4749 // Access code: 3121171# // Security code: 0135#.

IT IS FURTHER ORDERED that per the SDNY COVID-19 COURTHOUSE ENTRY PROGRAM, any person who appears at any SDNY courthouse must complete a questionnaire and have his or her temperature taken. Please see the instructions, attached. Completing the questionnaire ahead of time will save time and effort upon entry. Only those individuals who

meet the entry requirements established by the questionnaire will be permitted entry. Please contact chambers promptly if you or your client does not meet the requirements.

**SO ORDERED.**

Date:  September 13, 2021
      New York, NY

                                       **VALERIE CAPRONI**
                                   **United States District Judge**

All members of the public, including attorneys, appearing at a Southern District of New York courthouse must complete a questionnaire and have their temperature taken before being allowed entry into that courthouse.

On the day you are due to arrive at the courthouse, click on the following weblink, or scan the following QR code with a mobile device camera to begin the enrollment process. Follow the instructions and fill out the questionnaire. If your answers meet the requirements for entry, you will be sent a QR code to be used at the SDNY entry device at the courthouse entrance.

<https://app.certify.me/SDNYPublic>



Note: If you do not have a mobile phone or mobile phone number, you must complete the questionnaire and temperature screening at an entry device at the courthouse.