|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 9/24/21 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
:
UNITED STATES OF AMERICA,                        :
:
       -against-                              :       21-CR-135 (VEC)
:
:             ORDER
ALBERTO ROMAN,                                   :
                     Defendant.           :
:
-------------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on September 24, 2021, the parties appeared before the Court for a status hearing; and

    WHEREAS at that hearing, the parties requested that the Court hold a plea hearing;

    IT IS HEREBY ORDERED that a plea hearing is scheduled for **October 12, 2021, at 12:00 p.m.**, in **Courtroom 443** of the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007.

    IT IS FURTHER ORDERED that interested members of the public may dial-in to the hearing using (888) 363-4749 // Access code: 3121171# // Security code: 0135#.

    IT IS FURTHER ORDERED that per the SDNY COVID-19 COURTHOUSE ENTRY PROGRAM, any person who appears at any SDNY courthouse must complete a questionnaire and have his or her temperature taken. Please see the instructions, attached. Completing the questionnaire ahead of time will save time and effort upon entry. Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry. Please contact Chambers promptly if you or your client does not meet the requirements.

**SO ORDERED.**

**Date:  September 24, 2021**
         **New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**

**SO ORDERED.**

Date: September 24, 2021
New York, NY

          **VALERIE CAPRONI**
          **United States District Judge**