```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
   UNITED STATES OF AMERICA,                                :
                                                            :
              -against-                                     :     21-CR-135 (VEC)
                                                            :
                                                            :          ORDER
   ALBERTO ROMAN,                                           :
                          Defendant.                        :
                                                            :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/8/21

VALERIE CAPRONI, United States District Judge:

WHEREAS a plea hearing is currently scheduled for October 12, 2021, at 12:00 p.m.; and

WHEREAS that time is no longer convenient for the Court;

IT IS HEREBY ORDERED that the plea hearing is adjourned until **October 20, 2021, at 4:00 p.m.**, in **Courtroom 443** of the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007.

IT IS FURTHER ORDERED that interested members of the public may dial-in to the hearing using (888) 363-4749 // Access code: 3121171# // Security code: 0135#.

IT IS FURTHER ORDERED that per the SDNY COVID-19 COURTHOUSE ENTRY PROGRAM, any person who appears at any SDNY courthouse must complete a questionnaire and have his or her temperature taken. Please see the instructions, attached. Completing the questionnaire ahead of time will save time and effort upon entry. Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry. Please contact Chambers promptly if you or your client does not meet the requirements.

**SO ORDERED.**

Date:   **October 8, 2021**
       **New York, NY**

                                                  **VALERIE CAPRONI**
                                       **United States District Judge**