```
UNITED STATES DISTRICT COURT                              USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                             DOCUMENT
                                                          ELECTRONICALLY FILED
-------------------------------------------------------X  DOC #:_____
                                                      :   DATE FILED: 10/20/21
  UNITED STATES OF AMERICA,                           :
                                                      :
               -against-                              :   21-CR-135 (VEC)
                                                      :
                                                      :   ORDER
  ALBERTO ROMAN,                                      :
                                  Defendant.          :
                                                      :
-------------------------------------------------------X
```

VALERIE CAPRONI, United States District Judge:

    WHEREAS a hearing was scheduled for Wednesday, October 20, 2021, at 4:00 p.m.; and

    WHEREAS Defendant failed to appear at that hearing;

    IT IS HEREBY ORDERED that the plea hearing is ADJOURNED until **November 1, 2:30 p.m.**, in **Courtroom 443** of the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007.

    IT IS FURTHER ORDERED that interested members of the public may dial-in to the hearing using (888) 363-4749 // Access code: 3121171# // Security code: 0135#.

    IT IS FURTHER ORDERED that per the SDNY COVID-19 COURTHOUSE ENTRY PROGRAM, any person who appears at any SDNY courthouse must complete a questionnaire and have his or her temperature taken. Please see the instructions, attached. Completing the questionnaire ahead of time will save time and effort upon entry. Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry. Please contact Chambers promptly if you or your client does not meet the requirements.

SO ORDERED.

Date:  October 20, 2021
       New York, NY

                                              **VALERIE CAPRONI**
                                       **United States District Judge**