UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
UNITED STATES OF AMERICA,                                      :
:
        -against-                                              :
:
:
:
ALBERTO ROMAN,                                                 :
                              Defendant.                         :
:
-------------------------------------------------------------- X

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: __11/1/21___

21-CR-135 (VEC)

ORDER

**VALERIE CAPRONI, United States District Judge:**

    WHEREAS on November 1, 2021, both parties appeared before the Court for a change-of-plea hearing;

    WHEREAS at the November 1, 2021 hearing, Defendant pled guilty to the crimes charged in Counts One through Five of the Indictment; and

    WHEREAS the Court accepted Defendant's guilty plea;

    IT IS HEREBY ORDERED THAT sentencing is scheduled for **February 16, 2022**, **at 2:30 p.m.**, in **Courtroom 443**, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007. Sentencing submissions from both sides are due not later than **February 2, 2022**.

    IT IS FURTHER ORDERED that per the SDNY COVID-19 COURTHOUSE ENTRY PROGRAM, any person who appears at any SDNY courthouse must complete a questionnaire and have his or her temperature taken. Please see the instructions, attached. Completing the questionnaire ahead of time will save time and effort upon entry. Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry. Please contact chambers promptly if you or your client does not meet the requirements.

**SO ORDERED.**

Date:  **November 1, 2021**
         **New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**