USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/15/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------- X
UNITED STATES OF AMERICA           :
                                   :    [PROPOSED] MEDICAL ORDER
        - v -                      :
                                   :    21 Cr. 135
ALBERTO ROMAN,                     :
                                   :
            Defendant.             :
                                   :
------------------------------- X

VALERIE E. CAPRONI, United States District Judge:

WHEREAS, Defense counsel has provided information concerning Mr. Roman's medical condition;

IT IS HEREBY ORDERED that the Warden of any detention facility to which Mr. Roman is incarcerated (including temporary incarceration while Mr. Roman is in transit to the Metropolitan Detention Center) direct the facility's medical staff to provide medical attention for the following conditions as soon as practicable:

- ██████████████████████
- ████████████████████████
- ████████████████████

Dated:    June 15, 2023
          New York, New York

_____
VALERIE E. CAPRONI
United States District Judge