```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/20/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
UNITED STATES OF AMERICA,

        -against-                                  21-CR-135 (VEC)

                                                  ORDER

ALBERTO ROMAN,
                         Defendant.

------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on June 20, 2023, the parties requested an arraignment to be scheduled in this matter; *see* Letter, Dkt. 79;

       IT IS HEREBY ORDERED that the parties must appear for Mr. Roman's arraignment on **Thursday, June 29, 2023 at 11:00 A.M.** in **Courtroom 443**, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007.

**SO ORDERED.**

Date:  June 20, 2023
          New York, NY

                                                            **VALERIE CAPRONI**
                                                            **United States District Judge**