USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 06/29/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
    UNITED STATES OF AMERICA,

                  -against-                              21-CR-135 (VEC)

                                                    ORDER

    ALBERTO ROMAN,
                              Defendant.
-----------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on June 29, 2023, the parties appeared before the Court to address Mr. Roman's alleged violations of his supervised release conditions;

       IT IS HEREBY ORDERED that for the reasons stated at the conference, a control date is scheduled for **Thursday, August 3, 2023 at 2:30 P.M.** in Courtroom **443**, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007.

**SO ORDERED.**

Date:  June 29, 2023
         New York, NY

                                                        **VALERIE CAPRONI**
                                                      **United States District Judge**