USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/02/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                     :
:
         -against-                     :     21-CR-135 (VEC)
:
:     ORDER
ALBERTO ROMAN,                                :
                  Defendant.     :
:
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on June 29, 2023, the parties appeared before the Court to address Mr. Roman's alleged violations of his supervised release conditions; and

    WHEREAS a status conference is currently scheduled for Thursday, August 3, 2023 at 2:30 P.M., *see* Order, Dkt. 83;

    IT IS HEREBY ORDERED that the August 3, 2023 status conference is adjourned *sine die* pending Mr. Roman's medical evaluation and the transmission of Mr. Roman's medical records to Defense counsel.

    IT IS FURTHER ORDERED that not later than **Wednesday, August 16, 2023**, the parties must file a joint status update and, if appropriate, propose mutually agreeable times for a status conference.

**SO ORDERED.**

**Date:  August 2, 2023**
       **New York, NY**                                        **VALERIE CAPRONI
                                                            United States District Judge**