USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 08/30/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
:
UNITED STATES OF AMERICA, :
:
        -against-                         :        21-CR-135 (VEC)
:
:        <u>ORDER</u>
ALBERTO ROMAN, :
                      Defendant. :
:
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on August 30, 2023, the parties appeared for a status conference (the "Conference") to address Mr. Roman's medical treatment and alleged violations of his supervised release conditions;

       IT IS HEREBY ORDERED that for the reasons stated at the Conference, a control date is scheduled for **Monday, March 4, 2024, at 2:30 P.M.** in Courtroom **443**, 40 Foley Square, New York, NY 10007. Not later than **Wednesday, February 28, 2024**, the parties must submit a joint status update.

**SO ORDERED.**

Date: August 30, 2023
      New York, NY

                                                   **VALERIE CAPRONI**
                                            **United States District Judge**