USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 08/31/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

Alberto Roman,

　　　　　　Supervisee.

No. 0208 1:21CR00135-01 (VEC)

ORDER

Honorable Valerie Caproni, U.S. District Judge:

　　IT IS HEREBY ORDERED THAT, on Wednesday, September 6, 2023, at or before 9:00 a.m., the United States Marshals Service shall produce Alberto Roman, Register Number 28586-509, to the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY, to be released to the U.S. Probation Office.  Alberto Roman will then be escorted to the transportation van for residential treatment admission at Russell E. Blaisdell Addiction Treatment Center.

　　IT IS FURTHER ORDERED that the Essex County Jail will release Alberto Roman with a supply of his currently prescribed medications for medical and psychiatric conditions.

SO ORDERED.

Dated:　　August 31, 2023
　　　　　New York, New York

_____
Honorable Valerie Caproni
U.S. District Judge