USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/29/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
UNITED STATES OF AMERICA,                       :
                                                :
            -against-                           :
                                                :
                                                :     21-CR-135 (VEC)
ALBERTO ROMAN,                                  :
                                                :     ORDER
                                                :
                            Defendant.          :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on August 30, 2023, the Court set a control date of Monday, March 4, 2024, *see* Order, Dkt. 97;

WHEREAS on February 28, 2024, the parties provided a status update, via email to Chambers, which explained that Mr. Roman was arrested in Manhattan in February 2024 and is currently in state custody; and

WHEREAS the parties jointly requested an adjournment of the control date;

IT IS HEREBY ORDERED that the control date in this matter is ADJOURNED from Monday, March 4, 2024, to **Tuesday, June 4, 2024**.

IT IS FURTHER ORDERED that the parties must submit a status update in a joint letter filed via ECF by no later than **Thursday, May 30, 2024**.  Any request to adjourn the control date must be included in the status update letter.  The parties may file the letter with redactions if needed to protect sensitive information.

**SO ORDERED.**

Date: **February 29, 2024**                                   _____
      **New York, New York**                                  **VALERIE CAPRONI**
                                                              **United States District Judge**